UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>      Plaintiff,<br><br>  -against-<br><br>UNITED STATES, ET AL.,<br><br>      Defendants. | 25cv5951 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 23, 2025
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
            Chief United States District Judge